

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

HUMPHRIES, et ux                          CIVIL ACTION 07-1579

VERSUS                          U.S. DISTRICT JUDGE DEE DRELL

KMART CORPORATION
                                U.S. MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #8**, is GRANTED. This case is ORDERED REMANDED to the Pineville City Court, Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___15th___ day of ___FEBRUARY___, 2008.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**